## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| REGIONAL MULTIPLE LISTING SERVICE OF MINNESOTA, INC., *doing business as NorthStarMLS*,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN HOME REALTY NETWORK, INC.,<br><br>Defendant. | Civil No. 12-965 (JRT/FLN)<br><br><br><br>**ORDER** |

Calvin L. Litsey, Mary Andreleita Walker, and Richard A. Duncan, **FAEGRE BAKER DANIELS LLP**, 90 South 7th Street, Suite 2200, Minneapolis, MN  55402; Jared B. Briant, **FAEGRE BAKER DANIELS LLP**, 1700 Lincoln Street, Suite 3200, Denver, CO  80204; and Brian N. Larson and Mitchell A. Skinner, **LARSON/SOBOTKA PLLC**, 2701 University Avenue Southeast, Suite 201, Minneapolis, MN  55414, for plaintiff.

Chad A. Snyder, Adam P. F. Gislason, Matthew D. Schwandt, and Michael H. Frasier, **SNYDER GISLASON FRASIER LLC**, 233 Park Ave South, Suite 205, Minneapolis, MN  55415, for defendant.

The Court has received the status report filed by Plaintiff Regional Multiple Listing Service, Inc. [Docket No. 342].  **IT IS HEREBY ORDERED** that no changes will be made to the January 8, 2014 Order [Docket No. 281] requiring Plaintiff to affix visually-perceptible watermarks to photographs for which it owns a copyright, pending the Court's consideration of the motions for summary judgment pending before the Court.

DATED:  March 11, 2014
at Minneapolis, Minnesota.

s/ John R. Tunheim
JOHN R. TUNHEIM
United States District Judge